UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for PNC Bank, National Association

Case No: 18-18714 MBK

In Re:
Russell E. Brown
Elizabeth C. Brown

Chapter: 13

Judge: Michael B. Kaplan

Debtor

# NOTICE OF APPEARANCE

    Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC Bank, National Association. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.


Date:05/15/2018                     **/s/ Kevin G. McDonald, Esquire**
                                    Kevin G. McDonald, Esquire
                                    **KML Law Group, P.C.**
                                    216 Haddon Avenue, Ste. 406
                                    Westmont, NJ 08108
                                    (609) 250-0700 (NJ)
                                    (215) 627-1322 (PA)
                                    FAX: (609) 385-2214
                                    Attorney for Movant/Applicant

*new 8/1/15*