| | |
|---|---|
| 811609<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Mt. Laurel, NJ 08054<br>856-813-5500<br><u>Attorneys for PNC BANK, N.A.</u><br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In Re:<br><br>Elizabeth C. Brown<br>Russell E. Brown | Case No: 18-18714 - MBK<br><br>Hearing Date: August 28, 2018<br><br>Judge: MICHAEL B. KAPLAN |

**CERTIFICATE OF CONSENT**
**REGARDING CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(a) The signatures represented by the /s/_____ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(b) I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011.

/s/ Craig S. Keiser, Esq.                                           Dated: 8/16/2018
Craig S. Keiser, Esquire
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: craig.keiser@phelanhallinan.com