NOTICE OF OBJECTION TO CONFIRMATION

PNC BANK, N.A. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC          Albert Russo
400 Fellowship Road, Suite 100                Standing Chapter 13 Trustee
Mt. Laurel, NJ 08054                          CN 4853
                                              Trenton, NJ 08650-4853

2. Attend the hearing scheduled to be held on 08/28/2018 in the TRENTON Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: August 22, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

**File No. 813348**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
PNC BANK, N.A.

| | |
|---|---|
| In Re:<br>  Elizabeth C. Brown aka<br>  Elizabeth A Brown<br>  Russell E. Brown<br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-18714 - MBK<br><br>Hearing Date: 08/28/2018 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, PNC BANK, N.A., the holder of a Mortgage on debtors residence located at 106 DEER RUN TRL, DELAWARE TWP, PA 18328 hereby objects to the Confirmation of the debtors proposed Chapter 13 Plan on the following grounds:

1. On July 10, 2018, Movant filed a Proof of Claim listing the secured total debt in the amount of $26,747.04.
2. Debtors' Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).
3. Debtors' Plan currently provides for payment to Movant in the amount of $3,393.20.
4. Movant objects to <u>Debtors'</u> Plan as it is underfunded.  Debtors' Plan should be amended.

WHEREFORE, PNC BANK, N.A. respectfully requests that the Confirmation of Debtors Plan be denied.

<u>/s/ Craig Keiser</u>
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: August 22, 2018

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813348
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PNC BANK, N.A.

In Re:

Elizabeth C. Brown aka
Elizabeth A Brown
Russell E. Brown

Case No: 18-18714 - MBK

Hearing Date: _____

Judge: MICHAEL B KAPLAN

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, MIGUEL ZAVALA:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents PNC BANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 23, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 23, 2018              /s/ *MIGUEL ZAVALA*
                                        MIGUEL ZAVALA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Elizabeth C. Brown aka Elizabeth A Brown 76 Wave St Beachwood, NJ 08722-2738 | Debtor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Russell E. Brown 76 Wave St Beachwood, NJ 08722-2738 | Debtor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Daniel E. Straffi, Esquire Straffi & Straffi, LLC 670 Commons Way Toms River, NJ 08755 | Debtor's Attorney | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Albert Russo Standing Chapter 13 Trustee CN 4853 Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
|  |  |  |

2

3

| | | |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.