| | |
|---|---|
| 811609<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Mt. Laurel, NJ 08054<br>856-813-5500<br><u>Attorneys for Secured Creditor</u>: PNC BANK, N.A.<br><br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on September 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elizabeth C. Brown<br>Russell E. Brown | Case No: 18-18714 - MBK<br><br>Hearing Date: August 28, 2018<br><br>Judge: MICHAEL B. KAPLAN |

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

811609
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for PNC BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

              CASE NO. 18-18714 - MBK

Elizabeth C. Brown        CHAPTER 13
Russell E. Brown

              CONSENT ORDER ALLOWING
              LATE PROOF OF CLAIM

              HEARING DATE: August 28, 2018

  This Consent Order pertains to the property located at HC 67 Box 49, Dingmans Ferry, PA 18328, mortgage account ending with "4600";

  THIS MATTER having been brought before the Court by PHELAN HALLINAN & DIAMOND & JONES, PC, representing PNC BANK, N.A., in the filing of the Secured Proof Of Claim after the Proof of Claim bar date; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  IT IS on the _____ day of _____, 2018, ORDERED as follows:

  1. The Trustee is authorized to pay the late filed claim of Creditor, PNC BANK, N.A., in the amount of <u>$0.00</u>.

  2. Debtors agree to pay PNC BANK, N.A.'S Proof of Claim in the amount of <u>$0.00</u> which was filed after Proof of Claim bar date.

  3. Debtors' plan is hereby amended to allow <u>$0.00</u> to be paid to PNC BANK, N.A.

  4. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

  5. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor: PNC BANK, N.A.


/s/ Craig S. Keiser, Esq.          Dated: 8/16/18
Craig S. Keiser, Esquire
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@Phelanhallinan.Com



/s/ Daniel E. Straffi, Esq.        Dated: 8/1/2018
Daniel E. Straffi, Esquire
Attorney for debtors
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755