811609
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured Creditor</u>: PNC BANK, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Elizabeth C. Brown
Russell E. Brown

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-18714 - MBK

Hearing Date: August 28, 2018

Judge:  MICHAEL B. KAPLAN

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 13, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

811609
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for PNC BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CASE NO. 18-18714 - MBK

Elizabeth C. Brown
Russell E. Brown

CHAPTER 13

CONSENT ORDER ALLOWING
LATE PROOF OF CLAIM

HEARING DATE: August 28, 2018

  This Consent Order pertains to the property located at HC 67 Box 49, Dingmans Ferry, PA 18328, mortgage account ending with "4600";

  THIS MATTER having been brought before the Court by PHELAN HALLINAN & DIAMOND & JONES, PC, representing PNC BANK, N.A., in the filing of the Secured Proof Of Claim after the Proof of Claim bar date; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  IT IS on the _____ day of _____, 2018, ORDERED as follows:

  1. The Trustee is authorized to pay the late filed claim of Creditor, PNC BANK, N.A., in the amount of $0.00.

  2. Debtors agree to pay PNC BANK, N.A.'S Proof of Claim in the amount of $0.00 which was filed after Proof of Claim bar date.

  3. Debtors' plan is hereby amended to allow $0.00 to be paid to PNC BANK, N.A.

  4. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

  5. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor: PNC BANK, N.A.


/s/ Craig S. Keiser, Esq.           Dated: 8/16/18
Craig S. Keiser, Esquire
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@Phelanhallinan.Com



/s/ Daniel E. Straffi, Esq.          Dated: 8/1/2018
Daniel E. Straffi, Esquire
Attorney for debtors
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-18714-MBK
Elizabeth C. Brown                                                     Chapter 13
Russell E. Brown
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Sep 13, 2018
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db/jdb         Elizabeth C. Brown,    Russell E. Brown,    76 Wave St,    Beachwood, NJ 08722-2738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Craig Scott Keiser    on behalf of Creditor   PNC BANK, N.A. craig.keiser@phelanhallinan.com
      Daniel E. Straffi    on behalf of Joint Debtor Russell E. Brown bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
      Daniel E. Straffi    on behalf of Debtor Elizabeth C. Brown bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
      Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
       rtracy@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 7