DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH C. BROWN AND RUSSELL E. BROWN,

Debtors.

Case No.: 18-18714-MBK

Judge.: Michael J. Kaplan

Chapter: 13

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

ELIZABETH C. BROWN AND RUSSELL E. BROWN,

Debtors.

Case No.: 18-18714-MBK

Judge.: Michael J. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor shall pay to creditor pre-petition arrears in the amount of $14,823.53 which shall be paid through the debtor's Chapter 13 Plan.

2. The debtor shall continue to make their monthly post-petition mortgage payments directly to Bayview Loan Servicing, LLC and outside the Chapter 13 Plan.

Richard J. Tracy, III, Esq.   11/6/18
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, NJ 07302

Daniel E. Straffi, Esq.
Attorney for Debtor
670 Commons Way
Toms River, NJ 08755