**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH C. BROWN AND RUSSELL E. BROWN,

Debtors.

Case No.: 18-18714-MBK

Judge.: Michael J. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

ELIZABETH C. BROWN AND RUSSELL E. BROWN,

Debtors.

Case No.: 18-18714-MBK

Judge.: Michael J. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor shall pay to creditor pre-petition arrears in the amount of $14,823.53 which shall be paid through the debtor's Chapter 13 Plan.

2. The debtor shall continue to make their monthly post-petition mortgage payments directly to Bayview Loan Servicing, LLC and outside the Chapter 13 Plan.

Richard J. Tracy, III, Esq.    11/6/18
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, NJ 07302

Daniel E. Straffi, Esq.
Attorney for Debtor
670 Commons Way
Toms River, NJ 08755

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth C. Brown  
Russell E. Brown  
    Debtors

Case No. 18-18714-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 14, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db/jdb         Elizabeth C. Brown,    Russell E. Brown,    76 Wave St,    Beachwood, NJ    08722-2738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Craig Scott Keiser     on behalf of Creditor     PNC BANK, N.A. craig.keiser@phelanhallinan.com  
       Daniel E. Straffi     on behalf of Joint Debtor Russell E. Brown bktrustee@straffilaw.com,  
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Daniel E. Straffi     on behalf of Debtor Elizabeth C. Brown bktrustee@straffilaw.com,  
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Kevin Gordon McDonald     on behalf of Creditor     Federal Home Loan Mortgage Corporation  
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Richard James Tracy, III     on behalf of Creditor     Bayview Loan Servicing, LLC  
       rtracy@schillerknapp.com,  
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 7