DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

    ELIZABETH C. BROWN AND RUSSELL E. BROWN,

                  Debtors.

Case No.: 18-18714-MBK

Judge.: Michael J. Kaplan

Chapter: 13

## CERTIFICATE OF SERVICE

1. I, <u>Wateek R Jones:</u>

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for the law firm of Schiller, Knapp, Lefkowitz & Hertzel, LLP, attorneys for Bayview Loan Servicing, LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself

2. On January 07, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: copy of the Order dated November 13, 2018

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 07, 2019        *s/ Wateek R Jones*
                                           Wateek R Jones

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Russell E. Brown<br>76 Wave St<br>Beachwood, New Jersey  08722<br><br>Elizabeth C. Brown<br>76 Wave St<br>Beachwood, New Jersey  08722 | Debtor(s) | ☐ Hand delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other ─────<br>   (as authorized by the court*) |
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>C.N. 4853<br>Trenton, New Jersey  08650-4853<br>debbie@russotrustee.com<br><br>United States Trustee (District of New Jersey)<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey  07102<br><br>Daniel E. Straffi, Esq.<br>670 Commons Way<br>Toms River, New Jersey 08755<br>bktrustee@straffilaw.com | Trustee<br><br><br><br><br><br>US Trustee<br><br><br><br><br><br><br><br>Counsel for Debtor | ☐ Hand delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other ─────<br>   (as authorized by the court*) |