UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

806369
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

In Re:

DENNIS COHEN A/K/A DENNIS J. COHEN
SHARON COHEN A/K/A SHARON M. COHEN

Order Filed on January 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-13641 - MBK

Hearing Date: 12/11/2018

Judge:  MICHAEL B KAPLAN

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 806369**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| DENNIS COHEN A/K/A DENNIS J. COHEN | CASE NO. 18-13641 - MBK |
| SHARON COHEN A/K/A SHARON M. COHEN | CHAPTER 13 |
| | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| Debtors | HEARING DATE: 12/11/2018 |

This Consent Order pertains to the property located at 15 BANSTEAD WAY, JACKSON, NJ 08527-4494, mortgage account ending with "5177";

THIS MATTER having been brought before the Court by, Daniel E. Straffi, Esquire, Esquire attorney for debtors, DENNIS COHEN, SHARON COHEN upon the filing of a Chapter 13 Plan, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the            day of            , 2018, ORDERED as follows:

1. The debtors plan is hereby amended to allow **$29,439.93** to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Said amount reflects that found on JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: 12/21/2018

/s/ Daniel E. Straffi                   Dated: 12/28/2018
Daniel E. Straffi, Esquire, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-18714-MBK
Elizabeth C. Brown                                                  Chapter 13
Russell E. Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db/jdb         Elizabeth C. Brown,   Russell E. Brown,   76 Wave St,   Beachwood, NJ 08722-2738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    PNC BANK, N.A. craig.keiser@phelanhallinan.com
              Daniel E. Straffi    on behalf of Debtor Elizabeth C. Brown bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Russell E. Brown bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Sherri Jennifer Smith    on behalf of Creditor    PNC BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8