B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of <u>NEW JERSEY</u>

In re  <u>BROWN, RUSSELL E.</u>  Case No.  <u>1818714 MBK</u>

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | NELNET OBO NATIONAL STUDENT LOAN PROGRAM |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Court Claim # (if known): 2
Amount of Claim: $17,515.99
Date Claim Filed: 05/17/2018

Phone: 651-221-0566
Last Four Digits of Acct #: 4902

Phone: 888-735-8778
Last Four Digits of Acct #: 4902

Name and Address where transferee payments should be sent (if different from above):
ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 4902

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Carmen Taylor</u>                   Date: <u>01/22/2019</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



National Student Loan Program

P.O. Box 82507 · Lincoln, NE 68501

1300 O Street · Lincoln, NE 68508

p: 402.475.8686   f: 402.479.6762

July 11, 2018

Yolanda Jones
ECMC
111 Washington Avenue South
Suite 1400
Minneapolis, MN  55401

Dear Ms. Jones,

The National Student Loan Program (NSLP) assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans listed in the enclosures to this letter.

NSLP specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

| | |
|---|---|
| TOTAL LOANS SENT VIA FTP: | 100 |
| TOTAL BORROWERS: | 40 |

Sincerely,

*Erin Haynes*

Erin Haynes
Claims Specialist

Enclosures