| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-18714 / MBK**

Elizabeth C. Brown

Russell E. Brown

Petition Filed Date: 04/30/2018

341 Hearing Date: 05/31/2018

Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/29/2018 | $500.00 | 49407760 | 06/22/2018 | $500.00 | 50098620 | 07/27/2018 | $500.00 | 50997100 |
| 08/24/2018 | $500.00 | 51758020 | 10/01/2018 | $500.00 | 52680110 | 10/01/2018 | ($500.00) | 52680110 |
| 10/02/2018 | $500.00 | 52680110 | 10/29/2018 | $500.00 | 53421590 | 11/26/2018 | $500.00 | 54119330 |
| 12/27/2018 | $500.00 | 54848130 | 12/31/2018 | $200.00 | 55042660 | | | |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Elizabeth C. Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL E STRAFFI ESQ | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2009;2017 | Priority Crediors | $4,976.52 | $0.00 | $4,976.52 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011-2013 | Unsecured Creditors | $13,787.79 | $0.00 | $13,787.79 |
| 4 | NELNET ON BEHALF OF<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | A A ACTION COLLECTION CO, INC. | Unsecured Creditors | $85.93 | $0.00 | $85.93 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $2,553.43 | $0.00 | $2,553.43 |
| 7 | BAYVIEW LOAN SERVICING<br>»»  P/79 WAVE ST/1ST MTG/ORDER 11/13/2018 | Mortgage Arrears | $14,823.53 | $1,365.00 | $13,458.53 |
| 8 | QUANTUM3 GROUP LLC<br>»»  BON-TON | Unsecured Creditors | $1,218.85 | $0.00 | $1,218.85 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $525.07 | $0.00 | $525.07 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $746.95 | $0.00 | $746.95 |
| 11 | PNC BANK<br>»»  NP/106 DEER RUN TRAIL/2ND MTG/ORD 9/13/18 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | PIKE COUNTY TAX CLAIM BUREAU<br>»»  NP\106 DEER RUN TRAIL\PROPERTY TAX | Priority Crediors | $4,106.20 | $0.00 | $4,106.20 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS | Unsecured Creditors | $39,709.45 | $0.00 | $39,709.45 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Plan Balance: | $52,800.00 ** |
| Paid to Claims: | $3,265.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $284.00 | Arrearages: | $1,800.00 |
| Funds on Hand: | $651.00 | Total Plan Base: | $57,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**