| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 18-18714 / MBK

Elizabeth C. Brown  
Russell E. Brown

Petition Filed Date: 04/30/2018  
341 Hearing Date: 05/31/2018  
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,000.00 | 55590320 | 02/05/2019 | $1,100.00 | 55994160 | 03/07/2019 | $600.00 | 56845030 |
| 04/01/2019 | $400.00 | 57411780 | 04/29/2019 | $1,000.00 | 58112560 | 05/23/2019 | $700.00 | 58799050 |
| 06/24/2019 | $1,100.00 | 59581740 | 07/22/2019 | $1,100.00 | 60316110 | 08/05/2019 | $1,000.00 | 60696120 |
| 09/30/2019 | $1,100.00 | 62085840 | 10/29/2019 | $1,000.00 | 62796520 | 11/25/2019 | $1,050.00 | 63523220 |
| 12/23/2019 | $1,000.00 | 64238910 | | | | | | |

**Total Receipts for the Period: $12,150.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth C. Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» 8/27/18 AMD DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2009;2017 | Priority Creditors | $4,976.52 | $0.00 | $4,976.52 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2013 | Unsecured Creditors | $13,787.79 | $0.00 | $13,787.79 |
| 4 | ECMC<br>»» STUDENT LOAN/NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | A A ACTION COLLECTION CO, INC.<br>»» CARDIOVASCULAR CARE GROUP | Unsecured Creditors | $85.93 | $0.00 | $85.93 |
| 6 | LVNV FUNDING LLC<br>»» HSBC/BEST BUY | Unsecured Creditors | $2,553.43 | $0.00 | $2,553.43 |
| 7 | BAYVIEW LOAN SERVICING<br>»» P/79 WAVE ST/1ST MTG/ORDER 11/13/2018 | Mortgage Arrears | $14,823.53 | $13,466.40 | $1,357.13 |
| 8 | QUANTUM3 GROUP LLC<br>»» BON-TON | Unsecured Creditors | $1,218.85 | $0.00 | $1,218.85 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $525.07 | $0.00 | $525.07 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $746.95 | $0.00 | $746.95 |
| 11 | PNC BANK<br>»» NP/106 DEER RUN TRAIL/2ND MTG/ORD 9/13/18 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | PIKE COUNTY TAX CLAIM BUREAU<br>»» NP\106 DEER RUN TRAIL\PROPERTY TAX | Priority Creditors | $4,106.20 | $0.00 | $4,106.20 |

**Chapter 13 Case No. 18-18714 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS | Unsecured Creditors | $39,709.45 | $0.00 | $39,709.45 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,400.00 | Plan Balance: | $39,600.00 ** |
| Paid to Claims: | $15,366.40 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $1,059.20 | Arrearages: | $1,600.00 |
| Funds on Hand: | $974.40 | Total Plan Base: | $57,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**