| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-18714 / MBK**

Elizabeth C. Brown  
Russell E. Brown  

Petition Filed Date: 04/30/2018  
341 Hearing Date: 05/31/2018  
Confirmation Date: 11/13/2018  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $1,050.00 | 65254520 | 03/02/2020 | $1,050.00 | 65992830 | 03/31/2020 | $1,000.00 | 66732320 |
| 04/27/2020 | $1,000.00 | 67412330 | 05/27/2020 | $600.00 | 68148460 | 06/22/2020 | $1,000.00 | 68811490 |
| 08/03/2020 | $1,000.00 | 69845430 | 08/31/2020 | $200.00 | 70511860 | 09/28/2020 | $1,000.00 | 71164410 |
| 10/26/2020 | $1,100.00 | 71797930 | 11/23/2020 | $1,100.00 | 72510490 | 12/22/2020 | $1,000.00 | 73195630 |
| 02/02/2021 | $1,100.00 | 74181120 | 02/23/2021 | $1,000.00 | 74678880 | | | |

**Total Receipts for the Period: $13,200.00**   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,550.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth C. Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» 8/27/18 AMD DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2009;2017 | Priority Crediors | $4,976.52 | $4,830.64 | $145.88 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2013 | Unsecured Creditors | $13,787.79 | $0.00 | $13,787.79 |
| 4 | ECMC<br>»» STUDENT LOAN/NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | A A ACTION COLLECTION CO, INC.<br>»» CARDIOVASCULAR CARE GROUP | Unsecured Creditors | $85.93 | $0.00 | $85.93 |
| 6 | LVNV FUNDING LLC<br>»» HSBC/BEST BUY | Unsecured Creditors | $2,553.43 | $0.00 | $2,553.43 |
| 7 | COMMUNITY LOAN SERVICING LLC<br>»» P/79 WAVE ST/1ST MTG/ORDER 11/13/2018/BAYVIEW | Mortgage Arrears | $14,823.53 | $14,823.53 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» BON-TON | Unsecured Creditors | $1,218.85 | $0.00 | $1,218.85 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $525.07 | $0.00 | $525.07 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $746.95 | $0.00 | $746.95 |
| 11 | PNC BANK<br>»» NP/106 DEER RUN TRAIL/2ND MTG/ORD 9/13/ | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-18714 / MBK**

| 12 | PIKE COUNTY TAX CLAIM BUREAU<br>»» NP\106 DEER RUN TRAIL\PROPERTY TAX | Priority Crediors | $4,106.20 | $3,985.83 | $120.37 |
|---|---|---|---|---|---|
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS | Unsecured Creditors | $39,709.45 | $0.00 | $39,709.45 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,550.00 | Plan Balance: | $27,450.00 ** |
| Paid to Claims: | $25,540.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $2,038.10 | Arrearages: | $1,450.00 |
| Funds on Hand: | $1,971.90 | Total Plan Base: | $57,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**