UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTION DIVISION

IN RE:                                                                    CASE NO.: 18-18714-MBK
                                                                          CHAPTER 13
Elizabeth C. Brown,
   Debtor,
Russell E. Brown,
   Joint Debtor.
_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association<br>Name of Transferee | Community Loan Servicing, LLC<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042 | Court Claim # (if known): 5-1<br>Amount of Claim: $180,561.09<br>Date Claim Filed: 6/28/2018 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 3920 | Phone: 855-657-7531<br>Last Four Digits of Acct #: 0675 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston TX 77042

Phone: 877-735-3637
Last Four Digits of Acct #: 5167

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Harold Kaplan                                    Date: 12/03/2021
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 3_, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ELIZABETH C. BROWN
76 WAVE ST
BEACHWOOD, NJ 08722-2738

RUSSELL E. BROWN
76 WAVE ST
BEACHWOOD, NJ 08722-2738

And via electronic mail to:

Daniel E. Straffi
STRAFFI & STRAFFI, LLC
670 COMMONS WAY
TOMS RIVER, NJ 08755

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102


                By: /s/ Michelle Zavitz
                Michelle Zavitz
                Email: mzavitz@raslg.com