| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-18714 / MBK

Elizabeth C. Brown  
Russell E. Brown

Petition Filed Date: 04/30/2018  
341 Hearing Date: 05/31/2018  
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $1,100.00 | 74181120 | 02/23/2021 | $1,000.00 | 74678880 | 03/18/2021 | $1,500.00 | 75333870 |
| 04/13/2021 | $1,200.00 | 75958990 | 05/10/2021 | $1,000.00 | 76601730 | 06/07/2021 | $1,000.00 | 77265100 |
| 07/07/2021 | $1,000.00 | 77941940 | 08/17/2021 | $1,100.00 | 78846610 | 09/13/2021 | $1,000.00 | 79428600 |
| 10/25/2021 | $1,000.00 | 80328940 | 11/22/2021 | $1,000.00 | 80953280 | 12/20/2021 | $1,000.00 | 81553790 |
| 01/18/2022 | $1,000.00 | 82132710 | | | | | | |

**Total Receipts for the Period: $13,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth C. Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» 8/27/18 AMD DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2009;2017 | Priority Crediors | $4,976.52 | $4,976.52 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2013 | Unsecured Creditors | $13,787.79 | $2,750.92 | $11,036.87 |
| 4 | ECMC<br>»» STUDENT LOAN/NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | A A ACTION COLLECTION CO, INC.<br>»» CARDIOVASCULAR CARE GROUP | Unsecured Creditors | $85.93 | $15.81 | $70.12 |
| 6 | LVNV FUNDING LLC<br>»» HSBC/BEST BUY | Unsecured Creditors | $2,553.43 | $509.46 | $2,043.97 |
| 7 | US Bank Trust National Association<br>»» P/79 WAVE ST/1ST MTG/ORDER 11/13/2018/BAYVIEW/COMM LOAN | Mortgage Arrears | $14,823.53 | $14,823.53 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» BON-TON | Unsecured Creditors | $1,218.85 | $243.19 | $975.66 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $525.07 | $104.76 | $420.31 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $746.95 | $137.36 | $609.59 |
| 11 | PNC BANK<br>»» NP/106 DEER RUN TRAIL/2ND MTG/ORD 9/13/ | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-18714 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PIKE COUNTY TAX CLAIM BUREAU<br>»» NP\106 DEER RUN TRAIL\PROPERTY TAX | Priority Creditors | $4,106.20 | $4,106.20 | $0.00 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS | Unsecured Creditors | $39,709.45 | $7,922.75 | $31,786.70 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,350.00 | Plan Balance: | $15,650.00 ** |
| Paid to Claims: | $37,490.50 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $2,930.50 | Arrearages: | $1,650.00 |
| Funds on Hand: | $929.00 | Total Plan Base: | $57,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.