UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Schiller, Knapp, Lefkowitz & Hertzel LLP
95 Mount Bethel Road, Suite 3
Warren, New Jersey  07059
551-280-9780
Richard Gerbino, Esq. (ID #057351993)
Attorney for U.S. Bank Trust National Association,
not in its individual capacity but solely as owner
trustee for RCF 2 Acquisition Trust c/o U.S. Bank
Trust National Association

In Re:

Elizabeth C. Brown
Russell E. Brown,

Case No.:    18-18714-mbk

Chapter:    13

Hearing Date:  _____

Judge:    Michael B. Kaplan

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order  __resolving Motion for Relief from Automatic Stay__
submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the
signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the
case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or
any party in interest; and

Final paragraph options:

☑ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge
the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in
pen and ink and the Court will scan);

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding
judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files
(CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my
login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011
(sign certification with a /s/_____).

Date: __06/14/2022_____          __/s/ Richard Gerbino_____
                                                                                       Signature of Attorney

*rev.8/1/15*