| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor U.S. Bank Trust National Association | |
| In Re:<br><br>Elizabeth C. Brown &<br>Russell E. Brown<br><br>Debtor, | Case No.:  18-18714-MBK<br><br>Adversary No.: _____<br><br>Chapter:  13<br><br>Judge:  Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association
(Example: John Smith, creditor)

        Old address:     Selene Finance, LP
                                Attn: BK Dept.
                                9990 Richmond Ave. Suite 400 South
                                Houston, TX  77042

       New address:     (Notices) Selene Finance, LP
                                Attn: BK Dept.
                                3501 Olympus Blvd, Suite 500
                                Dallas, TX 75019

                                (Payments) Selene Finance, LP
                                Attn: BK Dept.
                                3501 Olympus Blvd, Suite 500
                                Dallas, TX 75019
       New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/1/2022                             /s/Harold Kaplan

Signature
## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   June 16, 2022  , I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Elizabeth C. Brown**
76 Wave St
Beachwood, NJ 08722-2738

**Russell E. Brown**
76 Wave St
Beachwood, NJ 08722-2738

And via electronic mail to:

**Daniel E. Straffi**
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755

**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Summer Thomas