| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-18714 / MBK**

Elizabeth C. Brown
Russell E. Brown

Petition Filed Date: 04/30/2018
341 Hearing Date: 05/31/2018
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $1,000.00 | 82132710 | 02/14/2022 | $1,000.00 | 82730110 | 03/14/2022 | $1,000.00 | 83364460 |
| 04/18/2022 | $1,000.00 | 84116110 | 05/16/2022 | $1,000.00 | 84684110 | 06/16/2022 | $1,000.00 | 85330960 |
| 07/18/2022 | $1,000.00 | 85922890 | 08/17/2022 | $1,000.00 | 86536130 | 09/16/2022 | $1,000.00 | 87124270 |
| 10/17/2022 | $1,000.00 | 87719650 | 11/17/2022 | $1,000.00 | 88321610 | 12/19/2022 | $1,000.00 | 88893640 |
| 01/17/2023 | $1,000.00 | 89424170 | 02/21/2023 | $1,000.00 | 90067230 | | | |

**Total Receipts for the Period: $14,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $54,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth C. Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»»  8/27/18 AMD DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2009 | Priority Crediors | $4,976.52 | $4,976.52 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011-2013 | Unsecured Creditors | $13,787.79 | $5,436.20 | $8,351.59 |
| 4 | ECMC<br>»»  NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | A A ACTION COLLECTION CO, INC.<br>»»  CARDIOVASCULAR CARE GROUP | Unsecured Creditors | $85.93 | $31.16 | $54.77 |
| 6 | LVNV FUNDING LLC<br>»»  HSBC/BEST BUY | Unsecured Creditors | $2,553.43 | $1,006.76 | $1,546.67 |
| 7 | US BANK TRUST, NA<br>»»  P/79 WAVE ST/1ST MTG/ORD 11/13/18/BAYVIEW/COMM LOAN | Mortgage Arrears | $14,823.53 | $14,823.53 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  BON-TON | Unsecured Creditors | $1,218.85 | $480.56 | $738.29 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $525.07 | $207.02 | $318.05 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $746.95 | $294.50 | $452.45 |
| 11 | PNC BANK<br>»»  NP/106 DEER RUN TRAIL/2ND MTG/ORD 9/13/ | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-18714 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PIKE COUNTY TAX CLAIM BUREAU<br>»» 106 DEER RUN TRAIL\PROPERTY TAX | Priority Crediors | $4,106.20 | $4,106.20 | $0.00 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS | Unsecured Creditors | $39,709.45 | $15,656.33 | $24,053.12 |
| 14 | US BANK TRUST, NA<br>»» 76 WAVE ST/ATTY FEES 6/24/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,350.00 | Plan Balance: | $3,248.00 ** |
| Paid to Claims: | $49,456.78 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $3,962.50 | Arrearages: | $1,650.00 |
| Funds on Hand: | $930.72 | Total Plan Base: | $57,598.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.