| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Elizabeth C. Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4470<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Russell E. Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4902<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–18714–MBK | | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Elizabeth C. Brown                                Russell E. Brown

   9/14/23                                           **By the court:** Michael B. Kaplan
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth C. Brown  
Russell E. Brown  
    Debtors

Case No. 18-18714-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 14, 2023      Form ID: 3180W      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Elizabeth C. Brown, Russell E. Brown, 76 Wave St, Beachwood, NJ 08722-2738 |
| 517569791 | + | A A Action Collection, 29 Columbia Turnpike Suite 303, Florham Park, NJ 07932-2240 |
| 517486966 | | ALTURK MD, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517486965 | | Action Collection, 29 Columbia Tpke Ste 303, Florham Park, NJ 07932-2240 |
| 517486967 | | Anthony Silva, 140 Celia Ter Apt D, Belleville, NJ 07109-1498 |
| 517486971 | + | Atlantic Medical Imaging, 455 Jack Martin Blvd, Brick, NJ 08724-7732 |
| 517486973 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6504 |
| 517486976 | | Blue Ridge Cable, 2569 Route 6, Hawley, PA 18428-7031 |
| 517486977 | + | Borough Of Beachwood Tax Collector, 1600 Pinewald Road, Beachwood, NJ 08722-3007 |
| 517486986 | + | Creditors Financial Group, LLC, 3131 South Vaughn Way, Suite 110, Aurora, CO 80014-3501 |
| 517486988 | | Delaware Township Tax Collector, PO Box 851, Dingmans Ferry, PA 18328-0851 |
| 517486989 | + | Gem Recovery Systems, 99 Kinderkamack Rd Ste 3, Westwood, NJ 07675-3021 |
| 517486995 | | MONOC, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 517486994 | | Mohammed A. Zubair, MD, LLC, 900 Woodbridge Center Dr, Woodbridge, NJ 07095-1324 |
| 517486999 | + | NJ E-Z Pass Violation Processing, PO Box 4971, Trenton, NJ 08650-4971 |
| 517487002 | | Ocean Pediatric Dental Associates, 368 Lakehurst Rd, Toms River, NJ 08755-7339 |
| 517487003 | | PA Turnpike Toll by Plate, 8000C Derry St, Harrisburg, PA 17111-5200 |
| 517487005 | | PennCredit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 517703322 | + | Pike county Tax Claim Bureau, 506 Broad St, Milford, PA 18337-1596 |
| 517487008 | | Professional Account Management, LL, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517487009 | + | Rickart Collection Systems, inc, 575 Milltown Rd, North Brunswick, NJ 08902-3336 |
| 517487010 | | Riverfront Dental Care, 4410 Cerritos Ave, Los Alamitos, CA 90720-2549 |
| 517487013 | | The Cardiovascular Care Group, 29 Columbia Tpke Ste 30, Florham Park, NJ 07932-2240 |
| 517487014 | | Tidal Emergency Physicians, PO BOX 41433, Philadelphia, PA 19101 |
| 519454363 | + | U.S. Bank Trust National Assoc., Selene Finance, LP, BK Dept., 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 517487015 | + | US Bank Cust For BV001 Trust, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 517487016 | + | Verizon Inc., Po Box 3427, Bloomington, IL 61702-3427 |
| 517487017 | | West Hudson Pulmonary Associates Corp., 816 Kearny Ave, Kearny, NJ 07032-3148 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BANKAMER2.COM | Sep 15 2023 00:32:00 | PNC BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Email/Text: bkteam@selenefinance.com | Sep 14 2023 20:42:00 | U.S. Bank Trust National Association, 3501 |

Case 18-18714-MBK    Doc 63    Filed 09/16/23    Entered 09/17/23 00:15:51    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: 3180W | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 517486968 | | ^ MEBN | Sep 14 2023 20:38:41 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517486969 | | ^ MEBN | Sep 14 2023 20:38:42 | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 517486970 | | EDI: CAPIO.COM | Sep 15 2023 00:32:00 | Asset Care, LLC, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 517486972 | + | EDI: BANKAMER2.COM | Sep 15 2023 00:32:00 | Bank Of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 517486975 | + | EDI: LCIBAYLN | Sep 15 2023 00:32:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 517486974 | + | EDI: LCIBAYLN | Sep 15 2023 00:32:00 | Bayview Financial Loan, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 517617488 | + | EDI: LCIBAYLN | Sep 15 2023 00:32:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 517486978 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517486979 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517486982 | + | EDI: CITICORP.COM | Sep 15 2023 00:32:00 | Citibank N A, Po Box 6191 ATTN: BANKRUPTCY, Sioux Falls, SD 57117-6191 |
| 517486983 | | EDI: WFNNB.COM | Sep 15 2023 00:32:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 517486984 | | EDI: WFNNB.COM | Sep 15 2023 00:32:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 518997627 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2023 20:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2023 20:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517486985 | + | Email/Text: ebn@rwjbh.org | Sep 14 2023 20:42:00 | Community Medical Center, 99 Highway 37 West, Toms River, NJ 08755-6423 |
| 517486992 | + | EDI: CITICORP.COM | Sep 15 2023 00:32:00 | Macy's Retail Holdings, Inc., 7 West 7th Street, Cincinnati, OH 45202-0000 |
| 517486987 | | ^ MEBN | Sep 14 2023 20:39:56 | Debt Rec Sol, 6800 Jericho Tpke, Syosset, NY 11791-4436 |
| 517981678 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2023 20:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517981679 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2023 20:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517486990 | | EDI: IRS.COM | Sep 15 2023 00:32:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 517486980 | | EDI: JPMORGANCHASE | Sep 15 2023 00:32:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517486981 | | EDI: JPMORGANCHASE | Sep 15 2023 00:32:00 | Chase Na, Po Box 15145 ATTN: BANKRUPTCY, Wilmington, DE 19850 |

Case 18-18714-MBK    Doc 63    Filed 09/16/23    Entered 09/17/23 00:15:51    Desc Imaged
                            Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: 3180W | Total Noticed: 73 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517486991 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Sep 14 2023 20:42:00 | Jersey Shore Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 517614718 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 20:51:40 | LVNV Funding, LLC its successors and assigns as, assignee of HSBC Private Label, Acquisition Corporation (USA), Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517622603 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2023 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517486993 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2023 20:42:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 517486996 | ^ | MEBN | Sep 14 2023 20:39:51 | NCB Management Services, Inc., PO Box 1099, Lanhorne, PA 19047-6099 |
| 517741531 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 14 2023 20:41:00 | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, POB 5042, Woodbridge, NJ 07095 |
| 517486997 | | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 20:42:00 | Nelnet, Nelnet Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 517486998 | | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 20:42:00 | Nelnet Lns, PO Box 1649, Denver, CO 80201-1649 |
| 517536212 | + | Email/Text: Bankruptcy@nslp.org | Sep 14 2023 20:42:00 | Nelnet on behalf of NSLP, National Student Loan Program, PO Box 82507, Lincoln NE 68501, 8 68501-2507 |
| 517487000 | + | Email/Text: ngisupport@radiusgs.com | Sep 14 2023 20:41:00 | Northland Group Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 517487004 | | Email/Text: clientservices@paramountrecovery.com | Sep 14 2023 20:41:00 | Paramount Recovery Systems, LP, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 517487006 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 20:41:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-0000 |
| 517636880 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 20:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517487007 | | Email/Text: signed.order@pfwattorneys.com | Sep 14 2023 20:41:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517618281 | | EDI: Q3G.COM | Sep 15 2023 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517487011 | | Email/Text: bankruptcy@savit.com | Sep 14 2023 20:42:00 | Sa-Vit Collection Agen, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517487012 | | Email/Text: bankruptcy@senexco.com | Sep 14 2023 20:41:00 | Senex Services Corp, 333 Founds Rd, Indianapolis, IN 46268 |
| 519454364 | + | Email/Text: bkteam@selenefinance.com | Sep 14 2023 20:42:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042, U.S. Bank Trust National Association 77042-4546 |
| 517623598 | + | EDI: AIS.COM | Sep 15 2023 00:32:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517487001 | *+ | Northland Group, Inc., PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Sep 14, 2023 | Form ID: 3180W | Total Noticed: 73

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor PNC BANK  N.A. craig.keiser@law.njoag.gov |
| Daniel E. Straffi | on behalf of Joint Debtor Russell E. Brown bktrustee@straffilaw.com g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Debtor Elizabeth C. Brown bktrustee@straffilaw.com g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com, ecf@tmppllc.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor U.S. Bank Trust National Association rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Bayview Loan Servicing  LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13