Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–18714–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elizabeth C. Brown                           Russell E. Brown
76 Wave St                                   76 Wave St
Beachwood, NJ 08722–2738                     Beachwood, NJ 08722–2738

Social Security No.:
xxx–xx–4470                                  xxx–xx–4902

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 22, 2023</u>                    <u>Michael B. Kaplan</u>
                                              Judge, United States Bankruptcy Court